Mirch Law Office
Marie C. Mirch SBN 6747
701 B. St., Suite 1310
San Diego, CA 92101
(619) 501-6220 *tel*
(619) 501-6980 *fax*
3507 West Charleston Blvd
Las Vegas, Nevada 89102
(775) 324-7444

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLE JACKSON,<br><br>　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A.; DOES I-X,<br><br>　　　　Defendants. | Case No. 2:11-CV-02117-KJD-RJJ<br><br>**MOTION**<br>**TO CONTINUE EARLY NEUTRAL**<br>**EVALUATION CONFERENCE**<br>**SET FOR OCTOBER 26, 2012** |

　　　　Plaintiff, Nichole Jackson, by and through her counsel of record, Marie Mirch, hereby respectfully moves this Court for an Order continuing the Early Neutral Evaluation Conference currently set for October 26, 3012 at 9:30 a.m.  This motion is made pursuant to L.R. 6-1 and 6-2, and is the first request for a continuance of this matter.

　　　　On October 1, 2012, this Court entered a Order Scheduling Early Neutral Evaluation Session to be held at the Court on October, 26, 2012 at 9:30 a.m..  Plaintiff respectfully requests that the Court continue this session until November, 2012.  The reason for this request is that Plaintiff's counsel, Marie Mirch, is scheduled for trial in an unrelated matter in the Superior Court of California, County of San Diego, in the matter of *Sanchez v. Sanchez* case number 37-2011-00093124-CU-OR-CTL.  That trial is to commence on October 26, 2012 in San Diego.

　　　　Counsel has met and conferred with Defendant's counsel who did not object to this request.  Counsel have checked their respective calendars and are available either the week of November 12 or November 19-20, 2012, if the Court's calendar allows.

Further, Plaintiff requests that the date for submission of ENE statements be adjusted accordingly with the new ENE date. All other information and instruction contained in the scheduling Order should remain in effect.

Respectfully submitted this 12th day of October, 2012.

BY   /s/   Marie Mirch  
Marie Mirch  
Counsel for Plaintiff

## ORDER

The Early Neutral Evaluation Conference is hereby continued to "vj g"eqwt vu"gct nkgu"cxcknc dng"f cvg qh"P qxgo dgt"4; ."4234."at 3<52"p.m.

Written evaluation statements are to be submitted to chambers by 6<22"r 0o 0"P qxgo dgt"48."2012.

So Ordered this 37vj  day of October, 2012.

_____  
U.S. Magistrate Judge