1  Mirch Law Office
   Marie C. Mirch, Esq.
2  NV Bar No. 006747
   701 B. St., Suite 1310
3  San Diego, CA 92101
   Telephone: 619 501 6220
4  Fax: 619 501 6980
   3507 West Charleston Blvd.
5  Las Vegas, NV 89102
   Telephone: 775 324 7444
6
   *Attorneys for Plaintiff Nichole Jackson*
7
   Sheri M. Thome, Esq.
8  NV Bar No. 008657
   Email: sheri.thome@wilsonelser.com
9  WILSON, ELSER, MOSKOWITZ, EDELMAN
   & DICKER LLP
10 300 S. Fourth Street, 11th Floor
   Las Vegas, NV 89101
11 Telephone: 702 727 1400
   Facsimile: 702 727 1401
12
   Lisa M. Carvalho
13 CA Bar No.161420 (Admitted *Pro Hac Vice*)
   Email: lcarvalho@reedsmith.com
14 REED SMITH LLP
   101 Second Street Suite 1800
15 San Francisco, CA 94105-3659
   Telephone: 415 543 8700
16 Facsimile: 415 391 8269

17 *Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLE JACKSON, | No.: 2:11-cv-02117-KJD-RJJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BANK OF AMERICA, N.A.; DOES 1-X, | |
| Defendants. | |

1    Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Nichole Jackson and Defendant Bank of America, N.A., by their undersigned counsel, stipulate to the dismissal of this entire action with prejudice, with each party to bear its own costs and attorneys' fees.

*/s/ Marie C. Mirch*
Marie C. Mirch
Mirch Law Office

*Counsel for Plaintiff Nichole Jackson*

US_ACTIVE-111203218

*/s/ Lisa M. Carvalho*
Lisa M. Carvalho
REED SMITH LLP

Sheri M. Thome
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Counsel for Defendant Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
**KENT J. DAWSON, U.S. DISTRICT JUDGE**

DATED: January 8, 2013