| | |
|---|---|
| 1 | Mirch Law Office |
| | Marie C. Mirch, Esq. |
| 2 | NV Bar No. 006747 |
| | 701 B. St., Suite 1310 |
| 3 | San Diego, CA 92101 |
| | Telephone: 619 501 6220 |
| 4 | Fax: 619 501 6980 |
| | 3507 West Charleston Blvd. |
| 5 | Las Vegas, NV 89102 |
| | Telephone: 775 324 7444 |
| 6 | |
| | *Attorneys for Plaintiff Nichole Jackson* |
| 7 | |
| | Sheri M. Thome, Esq. |
| 8 | NV Bar No. 008657 |
| | Email: sheri.thome@wilsonelser.com |
| 9 | WILSON, ELSER, MOSKOWITZ, EDELMAN |
| | & DICKER LLP |
| 10 | 300 S. Fourth Street, 11th Floor |
| | Las Vegas, NV 89101 |
| 11 | Telephone: 702 727 1400 |
| | Facsimile: 702 727 1401 |
| 12 | |
| | Lisa M. Carvalho |
| 13 | CA Bar No.161420 (Admitted *Pro Hac Vice*) |
| | Email: lcarvalho@reedsmith.com |
| 14 | REED SMITH LLP |
| | 101 Second Street Suite 1800 |
| 15 | San Francisco, CA  94105-3659 |
| | Telephone: 415 543 8700 |
| 16 | Facsimile: 415 391 8269 |
| 17 | *Attorneys for Defendant Bank of America, N.A.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLE JACKSON, | No.: 2:11-cv-02117-KJD-RJJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BANK OF AMERICA, N.A.; DOES 1-X, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Nichole Jackson and Defendant Bank of America, N.A., by their undersigned counsel, stipulate to the dismissal of this entire action with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Marie C. Mirch
Mirch Law Office

*Counsel for Plaintiff Nichole Jackson*

US_ACTIVE-111203218

_____
Lisa M. Carvalho
REED SMITH LLP

Sheri M. Thome
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Counsel for Defendant Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
**KENT J. DAWSON, U.S. DISTRICT JUDGE**

DATED: January 8, 2013